PEOPLE ex rel. BEEBE v. BOARD OF RAILROAD COM'RS et al. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Proceedings by the people of the state of New York, on the relation of Orin M. Beebe, against the board of railroad commissioners of the state of New York, George W. Dunn and others, as railroad commissioners of the state of New York, and being the members of said board, and the Binghamton & Southern Railroad Company. No opinion. Determination of the railroad commissioners unanimously confirmed, without costs.

PEOPLE ex rel. BLATCHFORD v. McADOO, Police Com'r et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Proceedings by the people of the state of New York, on the relation of Charles D. Blatchford, against William McAdoo, as police commissioner, etc., and another. No opinion. Application to amend order granted.

PEOPLE ex rel. COLUMBIA CHEMICAL CO. v. O'BRIEN, Secretary of State. (Supreme Court, Appellate Division, Third Department. March 14, 1905.) Proceedings by the people of the state of New York, on the relation of the Columbia Chemical Company, a domestic corporation, against John F. O'Brien, Secretary of State of the state of New York. No opinion. Motion granted, and the order as proposed substituted for the order entered herein January 19, 1905.

PEOPLE ex rel. CUNNINGHAM et al., Appellants, v. FEITNER et al., Tax Com'rs, Respondents. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Proceedings by the people of the state of New York, on the relation of Mary H. Cunningham and others, against Thomas L. Feitner and others, tax commissioners of the city of New York.

PER CURIAM. Orders reversed, with $10 costs and disbursements, on authority of People ex rel. Edison El. Ill. Co. v. Feitner, 86 App. Div. 46, 83 N. Y. Supp. 1114, affirmed 178 N. Y. 577, 70 N. E. 1106. Settle order before HIRSCHBERG, P. J.